IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

WILLIAM R. FRAZIER,

    Plaintiff,

vs.

ILLINOIS CENTRAL RAILROAD
COMPANY d/b/a
CANADIAN NATIONAL/
ILLINOIS CENTRAL,

A railroad corporation,

    Defendant.

07CV6130
JUDGE LEFKOW
MAG. JUDGE MASON

FILED
OCT 3 0 2007
OCT. 30, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

PLAINTIFF DEMANDS TRIAL BY JURY

COMPLAINT

COMES NOW plaintiff, William R. Frazier, by and through his attorneys, The Brennan Law Firm, P.C., and files his Complaint against the defendant, Illinois Central Railroad Company d/b/a Canadian National/Illinois Central, a railroad corporation, as follows:

1. That the jurisdiction of this Court is based upon an Act of Congress of the United States, being the Federal Employers' Liability Act, 45 U.S.C. §51 et. seq., as hereinafter more fully shown.

2. Defendant is now, and was at all times hereinafter mentioned, a corporation duly organized and existing according to law and duly authorized according to law to engage in, and was engaged in business as a common carrier by railroad in interstate commerce in the State of Illinois and other states of the United States.

3. That on or about October 30, 2006, at defendant's Hawthorne Yard, at or

near Chicago, Illinois, and at all times mentioned herein, the plaintiff was a servant and employee of the defendant, and had been for approximately eight (8) years prior thereto

4. That at all times mentioned herein, all or part of the duties of the plaintiff as such servant and employee furthered interstate commerce conducted by the defendants or in some way directly and substantially affected said commerce.

5. That it was the duty of the defendant to exercise ordinary care in providing plaintiff with a reasonably safe place in which to work and with reasonably safe conditions for work.

6. That on or about the above date, the plaintiff was employed as a trainman/conductor, and was in the process of performing his assigned duties, walking between track 9 and track 10 in defendant's Hawthorne Yard. While doing so, he fell as the result of large, uneven, improper and/or nonconforming ballast, injuring his right arm and shoulder.

7. That at said time and place, the defendants, by and through their agents, servants and employees, committed one or more of the following negligent acts or omissions:

    (a)    Failed to provide plaintiff with a reasonably safe place to work;

    (b)    Failed to provide reasonably safe conditions for work;

    (c)    Failed to provide reasonably safe methods of work;

    (d)    Failed to adequately inspect and maintain its Hawthorne, in that it allowed large, uneven, improper, and/or non-conforming ballast to be used in the walkways of its Yard;

    (e)    Failed to properly train plaintiff; and

(f) Failed to warn plaintiff of the dangerous condition of the ballast, when it knew, or should have known, that the dangerous condition existed, and that it was a dangerous condition with which plaintiff was required to work.

8. That as a result of one or more of the foregoing negligent acts or omissions on the part of the defendants, the plaintiff was caused to injure his right arm and shoulder and its function impaired. Plaintiff has been caused to endure severe pain and mental anguish and will suffer same in the future; he has received medical care and attention, and will continue to do so on a regular and ongoing basis in the future, in an attempt to effect his medical cure; he has lost wages and will continue to lose wages; he has incurred medical expenses and pain and suffering, all to plaintiff's damage.

WHEREFORE, plaintiff, William R. Frazier, prays for judgment against defendant, Illinois Central Railroad Company d/b/a Canadian National/Illinois Central, a railway corporation, in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00) for his damages sustained, plus costs of suit.

PLAINTIFF DEMANDS TRIAL BY JURY

THE BRENNAN LAW FIRM, P.C.

BY: *[signature]*
Edward F. Brennan #00289639
Attorney for Plaintiff
19 Bronze Pointe
Belleville, Illinois 62226
Phone: (618) 236-2121
Fax: (618) 236-1282
E-Mail: kelder@peaknet.net

3